**Order Filed July 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00762-CV

### IN RE TRACY NIXON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-01234**

## ORDER

Before Justices Bridges, Myers, and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/ DAVID J. SCHENCK
JUSTICE